IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MATTHEW BRYAN TAYLOR,
HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D14-5031

v.

ERIN BETH TAYLOR, WIFE,

      Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from an order of the Circuit Court for Duval County.
Gary P. Flower, Judge.

Nick James, Christopher W. LoBianco and Matthew C. Hunt of Hunt, Green &
James, Jacksonville, for Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.